# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 11, 2026

Ryan Pulver
Pulver Law
1360 PEACHTREE ST NE STE 900
ATLANTA, GA 30309

Appeal Number:  25-13761-EE
Case Style:  Adam Silbiger, et al v. Commissioner of Internal Revenue
Agency Docket Number:  8015-21

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

The appellant's brief filed on 01/21/26 at Docket entry 33 and the appendix filed on 01/28/26 at docket entry 36 applies to all appellants, including Drea Bresch. A separate briefing notice is not required for this appellant.

The briefing schedule is also rescinded for the Appellee due to the pending jurisdictional question.

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action